IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANETTE SANDERS,                              No. C 06-00453 WHA

    Plaintiff,

  v.                                                        **ORDER RE STAY**

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

    The parties have requested a stay of all proceedings. Before determining the propriety of a stay, the Court requests a status conference with the parties. The parties are instructed to appear at **11:00 A.M.** on **APRIL 6, 2006** and should be prepared to discuss the necessity and length of the proposed stay.

    **IT IS SO ORDERED.**

Dated: April 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE