|   |   |
|---|---|
| 1 | Laurence F. Padway, SBN #89314 |
|   | Law Offices of Laurence F. Padway |
| 2 | 1516 Oak Street, Suite 109 |
|   | Alameda, California 94501 |
| 3 | Telephone: (510)814-0680 |
|   | Facsimile : (510)814-0650 |
| 4 |   |
|   | Eugene R. Oreck, SBN #67040 |
| 5 | Oreck and Oreck |
|   | 1939 Harrison Street, #320 |
| 6 | Oakland, California 94612 |
|   | Telephone: (510) 444-1555 |
| 7 | Facsimile : (510) 836-3136 |

Attorneys for Plaintiff

Horace W. Green
C. Mark Humbert
Joanne M. Ryan
Green & Humbert
220 Montgomery Street, Suite 438
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANETTE SANDERS,

        Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY,

        Defendant.

No. C06-0453 WHA

STIPULATION AND ~~(PROPOSED)~~ ORDER FOR DISMISSAL

---

Stipulation and (Proposed Order) re Dismissal

CASE NO. C06-0453 WHA

|   |   |
|---|---|
| 1 | Whereas, plaintiff has elected to continue with the reassessment process with UNUM, the parties, by and through their respective counsel, hereby stipulate and agree that the above named case be dismissed without prejudice. |

LAW OFFICES OF LAURENCE F. PADWAY

Date: April 17, 2006        By /s/_____
                            Laurence F. Padway
                            Attorneys for Plaintiff
                            JEANETTE SANDERS

GREEN AND HUMBERT

Dated: April 17, 2006       By _____
                            Horace W. Green
                            Attorneys for Defendant
                            UNUM LIFE INSURANCE COMPANY
                            OF AMERICA

IT IS SO ORDERED.

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: __April 24__, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

Stipulation and (Proposed) Order re Dismissal

CASE NO. C06-0453 WHA